UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEWFLOW PARTNERS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>EQT INFRASTRUCTURE VI INVESTMENTS S.À.R.L.,<br><br>*Defendant.* | Civil Action No. _____<br><br>**COMPLAINT**<br><br>Demand for Jury Trial |

Plaintiff Newflow Partners, LLC ("Plaintiff" or "Newflow") complains and alleges as follows against Defendant EQT Infrastructure VI Investments S.à.r.l. ("EQT" or "Defendant"):

## NATURE OF THE ACTION

1. This case is about EQT's breach of contract. EQT owes Newflow over $17 million under the plain terms of the parties' agreement, but refuses to pay. EQT must answer in damages for the injury it has caused Newflow.

2. Newflow is a young advisory firm that pairs private equity firms with potential investments. In September 2024, Newflow entered into an agreement with EQT, a subsidiary of the global investment firm EQT AB, which boasts €266 billion in assets under management and owns one of the largest private equity platforms in the world.

3. Under the parties' agreement, Newflow agreed to introduce EQT to a "Target" company as an investment opportunity. If EQT closed a deal with the Target, it was required to pay Newflow a success fee of 1.75% of the transaction value.

4. In September 2024, Newflow introduced EQT to the Target, a Texas-based company called Eagle Railcar Services. On June 13, 2025, EQT closed its purchase of Eagle Railcar Services for $975 million.

5. The parties' contract requires EQT to pay Newflow a success fee of $17,062,500. Newflow has demanded that EQT pay this amount, but EQT has refused.

6. EQT has no basis to withhold the success fee that Newflow earned under the parties' contract. EQT's refusal to pay is a breach, and EQT must pay Newflow $17,062,500 in damages.

## THE PARTIES

7. Plaintiff Newflow Partners, LLC was founded in 2021 by Jason Levine. Newflow works with select private equity firms to develop and refine investment theses, identify high-value investment opportunities, and facilitate proprietary transactions.

8. Newflow is a limited liability company organized under the laws of the state of Delaware. It has its principal place of business in Miami Beach, Florida. Newflow has three members (Jason Levine, Zachary Levine, and Brandon Levine), all of whom are individuals who are citizens of Florida.

9. Defendant EQT Infrastructure VI Investments S.à.r.l is a Luxembourg *société à responsabilité limitée* with its registered office at 51A, Boulevard Royal, L-2449 Luxembourg, Grand Duchy of Luxembourg.

10. On information and belief, EQT is indirectly wholly owned and controlled by EQT AB, a Swedish investment firm whose principal place of business is in Sweden and whose shares are traded publicly on the Nasdaq Stockholm exchange. As of June 2025, EQT AB had €266 billion in assets under management.

## JURISDICTION AND VENUE

11. This Court has original jurisdiction over the subject matter of this dispute pursuant to 28 U.S.C. § 1332(a)(2) because this is an action between a citizen of a state and a citizen of a foreign state, and the amount in controversy exceeds $75,000 exclusive of interest and costs.

12.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(3). Under the forum selection clause in the parties' contract, all parties consent "to the jurisdiction of the federal and state courts located in the County of New York, State of New York for any action, suit, or proceeding" related to the parties' contract.

## FACTUAL ALLEGATIONS

13.     On September 4, 2024, EQT and Newflow entered into a letter agreement regarding a "Rail Infrastructure Repair & Maintenance Investment Opportunity" (the "Agreement," attached as Exhibit A).

14.     Under the Agreement, Newflow agreed to "bring an investment opportunity involving a provider of rail infrastructure repair and maintenance services"—defined as the "Target"—to EQT's attention. Newflow further agreed that, at EQT's request, it would arrange a meeting between EQT and the Target.

15.     In exchange, EQT agreed that if it consummated a "Transaction" with the Target within 18 months, it would pay a cash success fee (the "Transaction Fee") to Newflow, calculated as "1.75% of the enterprise value of the Target." A "Transaction" is EQT's acquisition of "all or substantially all of the voting or equity interests and/or assets of the Target, taken as a whole, including by means of a merger, stock purchase, asset purchase, joint venture, or other business combination."

16.     After the parties entered into the Agreement, in September 2024, Newflow introduced EQT to the Target, Eagle Railcar Services.

17.     On April 1, 2025, EQT announced that it had entered into a definitive agreement to acquire Eagle Railcar Services.

18.     Thereafter, on or around May 9, 2025, EQT wrote a letter to Newflow purporting to terminate the Agreement. EQT claimed that it was excused from its obligation to pay the

Transaction Fee because of "certain actions" by Newflow—which were not further described in the letter—allegedly "constituting fraud, bad faith, willful misconduct and/or gross negligence and/or material breach of the Agreement."

19. EQT's conclusory allegations of misconduct are baseless. They are nothing more than a pretext to save EQT from paying the Transaction Fee it is required to pay under the Agreement.

20. On June 13, 2025, EQT closed its acquisition of Eagle Railcar Services, with an enterprise value of $975 million.

21. Upon closing, EQT was required to pay Newflow a Transaction Fee of 1.75% of Eagle Railcar Services' $975 million enterprise value. Thus, EQT owes Newflow $17,062,500.00.

22. Newflow sent EQT an invoice for the Transaction Fee in this amount on or around June 15, 2025. EQT has not paid any part of the Transaction Fee and has told Newflow that it will not pay.

23. EQT's failure to pay Newflow the Transaction Fee is a breach of the Agreement.

24. EQT's breach has caused Newflow $17,062,500 in damages.

## FIRST CAUSE OF ACTION
### (BREACH OF CONTRACT)

25. Newflow incorporates, restates, and re-alleges the preceding paragraphs as if fully set forth herein.

26. The September 4, 2024 Agreement is a valid and binding contract between Newflow and EQT.

27. Newflow performed all of its obligations under the Agreement.

28. EQT breached the Agreement by refusing to pay Newflow the Transaction Fee of $17,062,500 that Newflow is owed under the Agreement.

29. EQT's breach of contract has caused damage to Newflow in an amount to be determined at trial, but no less than $17,062,500.00.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Newflow Partners, LLC respectfully requests that the Court enter judgment against Defendant EQT Infrastructure VI Investments S.à.r.l as follows:

(1) finding that EQT breached the Agreement as alleged in Newflow's first cause of action, and ordering EQT to pay damages in an amount to be determined at trial, but no less than $17,062,500; and

(2) granting any other relief that the Court deems just and proper.

## JURY DEMAND

Newflow Partners, LLC demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: New York, New York
July 29, 2025

BAUGHMAN KROUP BOSSE PLLC

By */s/ John F. Baughman*

John F. Baughman
George W. Kroup
Gabriella L. Sternfeld
One Liberty Plaza – 46th Floor
New York, NY 10006
(212) 548-3212

*Attorneys for Newflow Partners, LLC*