# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

Gregory Laufer
Direct Dial: +1 212 373 3441
Email: glaufer@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

October 24, 2025

**By Fax and Electronic Filing**

The Honorable Alvin K. Hellerstein
U.S. District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Newflow Partners, LLC* v. *EQT Infrastructure VI Investments S. à.r.l.*, No. 25-cv-06230

Dear Judge Hellerstein:

I represent Defendant *EQT Infrastructure VI Investments S. à.r.l.* in this matter and am writing with the consent of Plaintiff *Newflow Partners, LLC*. Pursuant to Section 1.D of Your Honor's individual rules, the parties respectfully request an adjournment of all upcoming deadlines, including the October 27, 2025 deadline for Defendant to respond to Plaintiff's complaint. The parties have reached an agreement in principle to resolve this matter and thus request an adjournment of all deadlines while they finalize the terms of the settlement. This is the first request for an adjournment.

The parties will file a notice or stipulation of dismissal within 30 days of finalizing the agreement.

Respectfully Submitted,

*/s/ Gregory F. Laufer*
Gregory F. Laufer

cc: All Counsel of Record (via ECF)

---

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 10/27/2025